| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter **11** | |
| | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Sky Gardens Residences, LLC** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | **87-2609678** |
|---|---|---|

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3370 NE 190th Street Suite 412 Miami, FL 33180** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade** | Location of principal assets, if different from principal place of business |
| County | **16300 NE 19th Avenue Miami, FL 33162** |
| | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

6. **Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **Sky Gardens Residences, LLC**                                    Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor __Sky Gardens Residences, LLC_____ Case number (*if known*)_____
       Name

List all cases. If more than 1,
attach a separate list

| | Debtor | _____ | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor  **Sky Gardens Residences, LLC**        Case number (*if known*) _____
        Name

| | Request for Relief, Declaration, and Signatures |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 31, 2025**
             MM / DD / YYYY

X  **/s/ Celal Ozkan**  *Celal Ozkan*          **Celal Ozkan**
   Signature of authorized representative of debtor    Printed name

Title  **Designated Responsible Party**

**18. Signature of attorney**

X  **/s/ Michael D. Seese**          Date  **January 31, 2025**
   Signature of attorney for debtor          MM / DD / YYYY

**Michael D. Seese**
Printed name

**Seese, P.A.**
Firm name

**101 N.E. 3rd Avenue**
**Suite 1500**
**Fort Lauderdale, FL 33301**
Number, Street, City, State & ZIP Code

Contact phone  **954-745-5897**     Email address  **mseese@seeselaw.com**

**997323 FL**
Bar number and State

## ACTION BY THE MEMBER AND MANAGER OF
## SKY GARDENS RESIDENCES, LLC
## BY WRITTEN CONSENT IN LIEU OF MEETING

**THE UNDERSIGNED,** being the members ("Members") and manager ("Manager") of SKY GARDENS RESIDENCES, LLC, a Florida limited liability company (the "Company"), takes the following actions and adopt the following resolutions:

1) **RESOLVED:** That, in the judgment of the Members and Manager, it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a voluntary petition for relief under Chapter 11 with the United States Bankruptcy Court (the "Court") for the Southern District of Florida (the "Bankruptcy Proceeding"); and it is further

2) **RESOLVED:** That, Celal Ozkan (the "Responsible Party") is hereby designated and authorized to act on behalf of the Company, and shall be authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which he deems necessary or proper in connection with the Bankruptcy Proceeding; and it is further

3) **RESOLVED:** That, in the event of the Responsible Party's unavailability or absence from the jurisdiction, Emre Cagatay Ozkan (the "Other Responsible Party") is hereby designated and authorized to act on behalf of the Company, and shall be authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which he deems necessary or property in connection with the Bankruptcy Proceeding; and it is further

4) **RESOLVED:** That, the Company, subject to the authorization of the Court, is authorized to employ the law firm of Seese, P.A. and Michael D. Seese, Esq. as its attorneys in the Bankruptcy Proceeding under such terms and conditions as agreed to by the Responsible Party or Other Responsible Party, as the case may be, and subject to approval of the Court; and it is further

5) **RESOLVED:** That, the Company, subject to the authorization of the Court, is authorized to retain any other professionals, including, without limitation, financial advisors, and accountants (collectively, "Other Professionals"), as may be necessary to represent or advise the Company in the Bankruptcy Proceeding. The selection of Other Professionals shall be determined, and under such terms and conditions as agreed to, by the Responsible Party or Other Responsible Party, as the case may be, and subject to approval of the Court; and it is further

1

Effective this \_\_\_\_\_ day of January 2025.

Members:

CEO Contract, Inc.,
a Florida Corporation

By: *C.E.Ozkan*
    Emre Cagatay Ozkan, President

*C.E.Ozkan*
Emre Cagatay Ozkan

Manager:

CEO ID MANAGEMENT, LLC,
a Florida limited liability company,
Manager

By: *C.E.Ozkan*
    Emre Cagatay Ozkan, Manager

and/or

By: *Celal Ozkan*
    Celal Ozkan, Manager

Consent:

CEO Investment & Development, LLC
a Florida limited liability company

By: CEO ID Management, LLC,
a Florida limited liability company
Its:  Manager

By: *C.E.Ozkan*
    Emre Cagatay Ozkan, Manager

and/or

By: *Celal Ozkan*
    Celal Ozkan, Manager


# SEESE, P.A.

January 28, 2025

**Via E-mail**

Sky Gardens Residences, LLC
Attn: Celal Ozkan
3370 NE 190th Street
Apt. 412
Aventura, FL 33180

    **Re:**    **Legal Representation**

Dear Mr. Ozkan:

    We are very pleased that you have asked Seese, P.A. (the "Firm") to represent Sky Gardens Residences, LLC (the "Client"). The purpose of this letter is to set forth the terms and conditions on which the Firm shall represent the Client, which shall be binding on the Firm and the Client.

*Scope of Engagement*:

    The Firm is being engaged to represent the Client in connection with a Chapter 11 bankruptcy proceeding (the "Matter") to be filed with the United States Bankruptcy Court for the Southern District of Florida (the "Court"). The Matter shall include preparing for filing, as well as representing the Client during, the Chapter 11 case (the "Case").

*Retainer*:

    The Firm's representation of the Client in the Matter shall be subject to the Firm's receipt of the following: (a) a fully executed copy of this engagement letter; (b) a refundable general retainer in the amount of $50,000.00 in cleared funds as described herein (the "Retainer"); and (c) with respect to the Case, entry of an order by the Court authorizing the Firm's representation of

the Client in the Case. The Retainer shall be deposited into the Firm's trust account and used as set forth herein.

*Pre-Filing Fees and Costs*:

It is understood and agreed that any fees and costs incurred by the Firm, including, without limitation, any fees and costs incurred prior to the execution of this agreement, shall be paid in full prior to filing the Case. The Firm shall invoice for all of the fees and costs incurred, and the Firm shall be authorized to immediately apply the Retainer to such invoices. Any remaining amount of the Retainer shall be applied as the retainer for the Case. The Firm reserves the right, in its sole discretion, to require the Client to replenish the Retainer equal to the amount necessary to pay the Firm's pre-filing fees and costs.

*Post-Filing Fees and Costs*:

During the Case, the Firm will represent the Client on an hourly fee basis, and the Client agrees to pay the Firm's fees and costs as set forth herein. The Firm will charge by the hour at the prevailing rates charged by the Firm for time that its legal personnel devote to the representation of the Client.

My standard hourly rate for services is currently $600.00. From time to time, I may use other lawyers and staff in the Firm to render services for the Client in the best exercise of my professional judgment. The Firm is also authorized to incur on behalf of the Client all costs and expenses necessary by the Firm in connection with the Case. Examples of such costs and expenses may include court and filing fees, court reporter appearance fees, expert witness fees and costs, transcription charges, telephone charges, postage, overnight courier charges, copying charges, delivery charges, hotel, airfare, and mileage. These costs and expenses are also subject to periodic adjustment.

The Firm reviews the hourly rates being charged by its legal personnel at the end of each calendar year and reserves the right to reasonably adjust any such hourly rates, effective each January 1. Such adjustments may include increasing hourly rates to reflect, among other things, the hourly rates being charged in the local community by attorneys with similar experiences and for similar services, increases in the level of experience attained by legal personnel, and for other similar reasons.

The Firm shall be obligated to prepare and file applications for an award of fees and reimbursement of costs in the Case. The Client shall be responsible for, and agrees to pay, the entire amount of the legal fees and costs awarded by the Court.  In the event the Case is converted to Chapter 7, or in the event a Chapter 11 trustee is appointed, the Client consents to the Firm's

2

immediate withdrawal from representation, which is a material, bargained for element of this agreement. Such withdrawal shall be subject to the authorization of the Court. Notwithstanding anything herein to the contrary, in the event the Case is dismissed, then all fees and costs, including any fees and costs incurred by the Firm but not yet awarded by the Court, shall be immediately due and payable by the Client following full use and application of any unused portion of the Retainer.

Any estimates of fees are precisely that, estimates only, and are not an agreement to perform services for a fixed fee. Legal fees can exceed the Firm's estimates as the scope of services required and/or the time necessary to complete them may exceed the Firm's best estimates. Fees and costs may also exceed the Retainer.

*Miscellaneous*:

The Firm has made no promises or guarantees to the Client about the outcome or success of the Case. The Client agrees to disclose fully and accurately all pertinent facts and to keep the Firm apprised of all developments in the Case. Please cooperate with us and be available to attend meetings, conferences, hearings, and other proceedings as may be appropriate.

It is expressly understood and acknowledged that the Firm is being engaged to represent the Client only, and the firm is not being engaged to represent any individual officer, director, manager, employee, or member of the Client.

Finally, as you are aware, while employed by another law firm, I was primarily responsible for representing a company owned and/or controlled by Alejandro Araujo in a Chapter 11 bankruptcy proceeding approximately ten (10) years ago. I also represented another company owned and/or controlled by Mr. Araujo, in acquiring an office building from a debtor in a bankruptcy proceeding. This representation was ten (10) years or more ago. It is my understanding that Afin Development is a creditor of the Debtor and may be controlled by Mr. Araujo, and Mr. Araujo may serve as the owner's representative in connection with the Debtor's project involved in this representation. Neither I nor the Firm represent Mr. Araujo, or any company in which he is a principal, including, without limitation, Afin Development in any legal matter. While I do not believe the foregoing represents any conflict of interest, which would preclude either myself or the Firm from representing the Debtor, I did want to fully disclose this relationship to you, which you are already aware. The Client may wish to consult with independent counsel as to whether any potential or actual conflict exist. By executing in the space provided below, the Client acknowledges that it is aware of the foregoing, and that the Client waives any conflict of interest in this regard.

3

If the Client agrees with the terms and conditions set forth herein, please have a duly authorized representative of the Client execute this letter in the space provided below, retain an executed copy for the Client's files, and return an executed copy to the Firm, together with the Retainer.

We sincerely appreciate the opportunity and look forward to working with you.

Cordially,

SEESE, P.A.

By: Michael D. Seese
mseese@seeselaw.com

THE TERMS AND CONDITIONS SET FORTH ABOVE ARE ACKNOWLEDGED, AGREED TO AND ACCEPTED. ANY CONFLICTS OF INTEREST ARE WAIVED.

Sky Gardens Residences, LLC,
a Florida limited liability company

By: _____Celal Ozkan_____
Celal Ozkan, Responsible Party

4