

**ORDERED in the Southern District of Florida on March 16, 2026.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

*In re:*

SKY GARDENS RESIDENCES, LLC,

      Debtor.       /

Case No.: 25-11136-LMI

Chapter 11

**AGREED ORDER DENYING, WITHOUT PREJUDICE, MOTION TO FOR AN**
**ORDER TO SHOW CAUSE WHY THE DEBTOR SHOULD NOT BE HELD**
**IN CONTEMPT FOR ITS FAILURE TO COMPLY WITH THIS COURT'S ORDER**

**THIS MATTER** came before the Court on February 10, 2026, at 1:30 p.m. [ECF# 239] (the "Hearing") upon the *Motion to for an Order to Show Cause Why the Debtor Should Not be Held in Contempt for Its Failure to Comply With This Court's Order* [ECF# 236] (the "Motion"), filed by Safe Harbor Equity, LLC and Safe Harbor Equity Distressed Debt Fund 3, LP (together, the "Purchaser"). The Court, having reviewed the Motion, noting the agreement of the parties, and for the reasons stated on the record at the Hearing,

ORDERS as follows:

1.      The Motion is **DENIED, without prejudice, as provided herein.**

2.      Purchaser shall deliver the final closing documents to effectuate the sale, as contemplated by the Sale Order [ECF No. 230], on or before February 25, 2026.

3.      To the extent that the Debtor or Purchaser objects to the form of the closing documents, the objecting party shall file an immediate objection to be heard by the Court no later than March 16, 2026 subject, however, to the Court's availability.

4.      Debtor shall deliver the executed closing documents to the Lender on or before March 16, 2026.

5.      In the event that the Debtor does not deliver the fully executed closing documents to the Lender on or before March 16, 2026, the Court will appoint a person to execute the closing documents on the Debtor's behalf subject, however, to the Court's resolution of any pending objection to the form of closing documents.

6.      Upon the mutual agreement of the Lender and the Debtor, the deadlines in this Order may be extended by the Parties without further order of this Court.

7.      The Court retains jurisdiction to enforce the terms of this Order.

# # #

**SUBMITTED BY:**
Jesse R. Cloyd
jrc@agentislaw.com
Attorneys for Safe Harbor Equity, LLC and
Safe Harbor Equity Distressed Debt Fund 3, LP
AGENTIS PLLC
45 Almeria Avenue
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

Copy to:  Attorney Cloyd, who is directed to serve a conforming copy upon all interested parties.

2