

**ORDERED in the Southern District of Florida on April 16, 2026.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

*In re:*

                            Case No.: 25-11136-LMI

SKY GARDENS RESIDENCES, LLC,

                            Chapter 11

        Debtor.                    /

**AGREED ORDER ON RENEWED MOTION TO FOR AN ORDER TO SHOW CAUSE WHY THE DEBTOR SHOULD NOT BE HELD IN CONTEMPT FOR ITS <u>FAILURE TO COMPLY WITH THIS COURT'S ORDER</u>**

*[Cancels Hearing Scheduled for Friday, April 17, 2026 at 10:30 a.m.]*

**THIS MATTER** came before the Court upon the *Renewed Motion for an Order to Show Cause Why the Debtor Should Not be Held in Contempt for Its Failure to Comply With This Court's Order* [ECF No. 254] (the "<u>Motion</u>"), filed by Safe Harbor Equity, LLC and Safe Harbor Equity Distressed Debt Fund 3, LP (together, the "<u>Purchaser</u>"). The Court, having reviewed the Motion and noting the agreement of the parties,

ORDERS as follows:

    1.      The Motion is **GRANTED, in part, and DENIED, in part.**

2.      Sky Gardens Residences, LLC (the "Debtor") shall fully execute and deliver the fully executed closing documents to the Purchaser, or its designee, to effectuate the sale, as contemplated by the Sale Order [ECF No. 230], on or before April 21, 2026.  In the event that notarization and witnessing is required, the Debtor shall make the necessary arrangements to ensure the documents are notarized and witnessed.

3.      In the event that the Debtor does not timely deliver the fully executed closing documents to the Purchaser on or before April 21, 2026, the Court appoints Gabriel Fernandez, Esq. (the "Appointed Person"), of the Law Firm of Gabriel Fernandez, 9955 North Kendall Drive, Suite 207, Miami, Florida 33176, to execute the closing documents on behalf of the Debtor, without further order of the Court.

4.      The Appointed Person shall have the full power to execute the closing documents reasonably necessary to effectuate the transfer of title and assignment of rights in accordance with the terms and conditions of the  Sale Order and the Asset Purchase Agreement as may have been modified by subsequent order or ruling of the Court.  Mr. Fernandez's signature shall be binding on the Debtor in connection with these documents.

5.      The Court reserves jurisdiction to award sanctions in the event that the Debtor does not deliver fully executed closing documents on or before April 21, 2026.

6.      The Court retains jurisdiction to enforce the terms of this Order.

# # #

**SUBMITTED BY:**
Jesse R. Cloyd
jrc@agentislaw.com
Attorneys for Safe Harbor Equity, LLC and
Safe Harbor Equity Distressed Debt Fund 3, LP
AGENTIS PLLC
45 Almeria Avenue
Coral Gables, Florida 33134

T. 305.722.2002
www.agentislaw.com

Copy to:  Attorney Cloyd, who is directed to serve a conforming copy upon all interested parties.